DECEMBER 3, 1958

**No. 62549.**—SUIT 4925.—United States *v.* J. H. Brown et al., 

—C. D. 1852 affirmed June 18, 1958, C. A. D. 686.